IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES M. WYNN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00251 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| GERALD A. MCPEAK, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff James M. Wynn, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. The court conditionally filed the complaint and advised Wynn that he must notify the court in writing immediately upon his transfer or release and provide the court with a new address. The court warned Wynn that failure to notify the court of a change of address would result in dismissal of his case. On March 23, 2016, a separate order was returned to the court and the envelope indicated that Wynn was no longer at the address that he provided to the court. Wynn has not provided the court with an updated address and, therefore, the court has no means of contacting Wynn. Accordingly, the court will dismiss Wynn's complaint without prejudice. Wynn is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: April 1, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge