IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES M. WYNN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00251 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| GERALD A. MCPEAK, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this action is DISMISSED without prejudice and STRICKEN from the active docket of the court.

The Clerk is directed to send a copy of this order to Mr. Wynn, plaintiff, at his last known address.

Entered: April 1, 2016.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge